UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA Y. ENGEL,

Appellant,

-against-

THOMAS C. FROST,

Appellee.

**ORDER**

26-CV-03968 (PMH)

PHILIP M. HALPERN, United States District Judge:

Appellant filed a Notice of Appeal on May 13, 2026 (Doc. 1) and the Designation of Bankruptcy Record on Appeal on June 4, 2026. (Doc. 3). On June 18, 2026, the Court received, via ECF, notice that the record of appeal was complete and available electronically. (Doc. 4). Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1), Appellant's brief was due July 20, 2026. Appellant has not filed a brief or otherwise communicated with the Court in any way.

The Court sua sponte extends the time to file. Accordingly, Appellant shall file the appellant brief by **August 21, 2026**. Additionally, Appellant is directed to provide to the Court in writing his current address by **August 21, 2026**.

Appellant is cautioned that failure to comply with this Court's Order may result in dismissal of this action pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4) and/or Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk of Court is respectfully requested to mail a copy of this Order to Appellant at 4 Altman Ct., Spring Valley, NY 10977-2047.

**SO ORDERED.**

Dated: White Plains, New York
August 4, 2026

PHILIP M. HALPERN
United States District Judge